# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| **Ramiro ROJAS-Serna (33)** | ) | |
| **Boliche, Guerrero Mexico** | ) | L-21-MJ- |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 8, 2022** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1546 | did knowingly utter, use, attempt to use, possess, obtain, accept, and receive any immigrant or non-immigrant visa, permit, border crossing card, alien registration receipt card or other document prescribed by statute or regulation for entry into or as evidence of and authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, and falsely made and to have been procured by means of any false claim or statement, and to have been otherwise procured by fraud or unlawfully obtained. |

This criminal complaint is based on these facts:

On January 8, 2022, at approximately 07:39 a.m., defendant, Ramiro ROJAS-Serna, a citizen & national of Mexico, applied for admission into the United States at the Lincoln-Juarez Port of Entry in Laredo, Texas, as a passenger in a commercial bus. At time of entry, the defendant presented a counterfeit Border Crossing Card (DSP-150) bearing his name & photograph to primary CBP Officer Gaston Ramos. CBPO Ramos attempted to query the document in CBP database system resulting in negative findings. CBPO Ramos obtained a declaration from the defendant. Defendant stated the document he is presenting belong to him & his intentions are to travel to Atlanta, Georgia. The Defendant was referred to secondary inspection due to discrepancies on the Visa. In secondary, under sworn statement defendant stated he knowingly purchased the counterfeit visa from a vendor found on social media. Defendant stated he paid $3,000 Mexican pesos for the counterfeit visa card. The defendant does not possess legal documents that would allow him to come to, enter, or remain in the United States. Facts are based on defendant's sworn statement & records of Customs & Border Protection. The defendant was paroled into the United States & an Immigration hold has been placed

☐ Continued on the attached sheet.

/s/ Cynthia C. O'Bryant
*Complainant's signature*

Submitted by reliable electronic means per Fed.R.Crim.P. 4.1, Cynthia O'Bryant sworn to and signature attested telephonically on January 10, 2022, at Laredo, Texas.

*Diana Song Quiroga*
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

Judge